# IN THE COURT OF APPEALS OF IOWA

No. 15-1603
Filed May 11, 2016

**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**CODY EUGENE OLSON,**
        Defendant-Appellant.
_____

Appeal from the Iowa District Court for Clinton County, Phillip J. Tabor, District Associate Judge.

The defendant appeals from his conviction for operating while intoxicated. **AFFIRMED.**

Stuart G. Hoover of Blair & Fitzsimmons, P.C., Dubuque, for appellant.

Thomas J. Miller, Attorney General, and Sharon K. Hall, Assistant Attorney General, for appellee.

Considered by Potterfield, P.J., and Mullins and McDonald, JJ. Tabor, J., takes no part.

**McDONALD, Judge.**

Following the entry of a written guilty plea, the defendant was convicted of operating while intoxicated, first offense, in violation of Iowa Code section 321J.2. The defendant now seeks to challenge his guilty plea and subsequent conviction. The defendant's failure to file a motion in arrest of judgment precludes his "right to assert such challenge on appeal." Iowa R. Crim. P. 2.23(3)(a). The defendant also contends his trial counsel was ineffective in certain respects. The record is inadequate to resolve the defendant's claim on direct appeal. We affirm the defendant's conviction and preserve his claims of ineffective assistance of counsel for postconviction-relief proceedings. *See State v. Johnson*, 784 N.W.2d 192, 198 (Iowa 2010) (determining a court "must preserve" an ineffective assistance claim if the record is inadequate to address it on direct appeal).

**AFFIRMED.**